# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1:13-cr-156 |
| Bobby Abplanalp, | ) | |
| Defendant. | ) | |

On September 25, 2013, the court released defendant to the Bismarck Transition Center pending final disposition of this matter.

On May 27, 2014, the court ordered that defendant submit to a psychological evaluation to be conducted by Dr. Timothy Eaton on June 24-25, 2014, at 10:15 a.m. at Eaton and Associates, 1705 4th Avenue NW, Minot, North Dakota. To ensure that defendant is able to attend the evaluation, he shall be permitted to leave the residential facility on June 23, 2014, no earlier than 10:00 a.m. so that he may travel to Minot. When he arrives in Minot, he shall contact the Pretrial Services Office and stay at an address that it has approved. Upon completion of the evaluation, defendant shall immediately return to BTC, where he shall remain pending further order of the court.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2014.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court